IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

IN RE:

|  |  |
|---|---|
| Dawn Marie Seaver<br><br>Debtor<br><br>vs<br><br>Titlemax of South Carolina Inc<br><br>Defendant | CASE NO.: 20-02238-jw<br>CHAPTER 13<br><br><br><br><br><br><br>**MOTION FOR CONTEMPT** |

Plaintiff, Sharon Dawn Seaver, would respectfully allege as follows:

1. Plaintiff filed a Chapter 13 action on May 5, 2020, listing Defendant, as an interested party and notice was duly provided this entity. The Plan proposed to value Defendant's claim for a 1998 Toyota 4Runner with VIN# JT3HN87R4W9015519. No Objection was filed.

2. Section 3.2 of the Plan reads, in part, as follows: "any secured creditor paid the allowed secured claim provided for by this plan shall release its lien at the earliest of the time required by applicable state law, order of this Court, or thirty (30) days from the entry of discharge".

3. A Proof of Claim was filed by Defendant on June 5, 2020 (claim 2-1).

4. Plaintiff's Plan was confirmed on October 7, 2020.

5. An Order of Discharge was issued on November 1, 2021.

6. Upon the closing of the case, requests for the release of lien/title to the automobile have been made by both Ms. Seaver and undersigned; no title has been forthcoming. EXHIBIT A

7. At no time since the closing of the case has Defendant(s) attempted to contact the Plaintiff or undersigned.

8. This court has jurisdiction of this matter under 28 U.S.C. §1334. This is a core proceeding under 28 U.S.C. §1409.

9. Plaintiff believes that under 11 U.S.C. §105, this court has power to issue an order for Defendant's contempt which necessitated this chain of events, causing Plaintiff emotional distress, unnecessary costs, and attorney fees.

WHEREFORE, Ms. Seaver asks this court to Order the release of lien, title and futher fashion a remedy which this court believes to be fair and equitable, together with appropriate fees and costs being awarded to Plaintiff.

/s/Michael G. Matthews
Michael G. Matthews
District Court I.D. #10012
Attorney for Plaintiffs
2015 Boundary Street, Suite 319
Beaufort, SC 29902
843-379-0702 phone
843-379-0703 fax
Matthews.michaelg@gmail.com

Beaufort, South Carolina
Dated April 20, 2022

# Exhibit A

# MICHAEL G. MATTHEWS, ATTORNEY AT LAW
## ONE BEAUFORT TOWNE CENTER
## 2015 BOUNDARY STREET, STE 319
## BEAUFORT, SOUTH CAROLINA 29902

Michael G. Matthews, Esquire  
Jenny Durham, Bankruptcy Asst.

Telephone (843) 379-0702  
Facsimile (843) 379-0703

February 8, 2022

Title Max  
15 Bull Street Ste 200  
Savannah, GA 31401

Re:    Bankruptcy Chapter 13    Dawn M. Seaver  
       Case No.: 20-02238  
       Account No.: 34763045  -  1998 Toyota 4Runner

Dear Madam/Sir:

Please be advised that our office represented Dawn Seaver in a chapter 13 bankruptcy case. The case has now been completed and the Debtor has been discharged. According to the trustee's records', your claim has been paid in full, per your proof of claim with interest. A copy of the Order of Discharge is attached. Please forward the title to the 1998 Toyota 4Runner free and clear of liens to Ms. Seaver at the following address within fourteen (14) days to prevent possible further legal action:

    Dawn Seaver  
    212 Old Dover Road  
    Rochester, NH 03867

Please notify our office when this has been completed. Thanking you in advance for your prompt attention to this matter.

Sincerely,

**MICHAEL G. MATTHEWS, ESQUIRE**

Michael Matthews  
MGM:jld

NOTICE  
THIS LAW FIRM IS AN OFFICIAL DEBT RELIEF AGENCY PURSUANT TO THE UNITED STATES BANKRUPTCY CODE, 11 USC § 101(12A) PROVIDING ADVICE AND ASSISTANCE TO PERSONS FILING BANKRUPTCY UNDER THE BANKRUPTCY CODE.

**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 20-02238-jw                                    Chapter: 13

In re:
Dawn Marie Seaver

| Entered By The Court 11/1/21 | ORDER DISCHARGING DEBTOR(S) | Filed By The Court 11/1/21 Laura A. Austin Clerk of Court US Bankruptcy Court |

A discharge under 11 USC § 1328(a) is granted to: **Dawn Marie Seaver**

**IT IS SO ORDERED.**

*/s/ John E. Waites*
John E. Waites
United States Bankruptcy Judge

SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION

032189                                        40608032221011

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $8,278.00 |
| Less amount refunded to debtor | $442.00 |
| **NET RECEIPTS:** | **$7,836.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,835.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $682.34 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,517.34** |

Attorney fees paid and disclosed by debtor: $1,165.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Dish Network | Unsecured | 333.93 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 1,193.00 | 1,193.00 | 1,193.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 13,653.39 | 13,653.39 | 13,653.39 | 635.29 | 0.00 |
| NorthStar Location Services | Unsecured | 19,130.28 | NA | NA | 0.00 | 0.00 |
| Palmetto State Bank | Secured | 82,135.65 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC LLC | Unsecured | NA | 19,130.28 | 19,130.28 | 890.12 | 0.00 |
| SunTrust Bank now Truist Bank | Secured | 46,450.94 | 47,126.15 | 47,126.15 | 0.00 | 0.00 |
| TITLEMAX OF SOUTH CAROLINA,INC | Unsecured | NA | 2,234.71 | 2,234.71 | 103.99 | 0.00 |
| TITLEMAX OF SOUTH CAROLINA,INC | Secured | 2,900.00 | 800.00 | 800.00 | 800.00 | 35.87 |
| Truist Bank | Secured | 94,513.04 | 97,986.12 | 97,986.12 | 0.00 | 0.00 |
| US BANK NATIONAL ASSOCIATION | Unsecured | 15,352.08 | 14,007.70 | 14,007.70 | 651.77 | 0.00 |
| Verizon | Unsecured | NA | 185.09 | 185.09 | 8.62 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

1/24/2022
Dawn M. Seaver
212 Old Dover Rd
Rochester NH 03867

To Whom it may concern:

I am writing to request the title for the 1998 Toyota 4Runner that I received a loan for on Jan. 10, 2019. My account number is 34763045.

Attached is the Chapter 13 Standing Trustee's Final Report and accounting of expenses paid and disbursements of funds that verifies that titlemax received payment through the trustee as part of the discharge of my case. The final report is dated 10/27/2021. My case was closed on and filed 11/1/2021.

Please send the title to me at the address listed above as soon as possible. I no longer reside at 1700 Lafayette St, Beaufort SC 29902. Also, please email me at seaverdee@gmail.com to acknowledge receipt of this letter.

Thank you,
Dawn M. Seaver
Dawn M. Seaver

# Office of the Chapter 13 Trustee
## James M. Wyman, Trustee
www.charleston13.com

| Payment Address: | | Correspondence Address: |
|---|---|---|
| P.O. Box 110 | | P.O. Box 997 |
| Memphis, TN 38101-0110 | | Mt. Pleasant, SC 29465-0997 |
| Fax: 843-388-9877 | Phone: 843-388-9844 | Email: 13info@charleston13.com |

September 13, 2021

DAWN MARIE SEAVER
1700 LAFAYETTE STREET
BEAUFORT, SC 29902

RE: **Case: 20-02238-JW**
    **Debtor: Dawn Marie Seaver**

Dear Sir or Madam,

We have recently received a payment in the above referenced case. Payments are no longer required for this case due to one of the following reasons:

1. the case has completed
2. the case has been dismissed
3. the case has been converted

Thank you for your prompt attention in this matter. Should you have any questions, please contact this office.

Sincerely,

Russell Jackson, II
Chapter 13 Office

United States Bankruptcy Court
District of South Carolina

Case Number: 20-02238-jw          Chapter: 13

In re:

Dawn Marie Seaver

| Entered By The Court 11/1/21 | ORDER DISCHARGING TRUSTEE AND CLOSING CASE | Filed By The Court 11/1/21 Laura A. Austin Clerk of Court US Bankruptcy Court |

The trustee having certified that the estate of the above-named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

The case trustee is discharged as trustee of the estate.

The Chapter 13 case of the above named debtor(s) is closed.

*John E. Waltes*
John E. Waltes
United States Bankruptcy Judge

032189                    40608032221020

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

IN RE:

Dawn Seaver

      Debtor(s)

CASE NO.: 20-02238
CHAPTER 13

CERTIFICATE OF MAILING

I, the undersigned legal assistant of the law office of Michael Matthews, Attorney at Law, attorneys for the debtor(s), do hereby certify that I have mailed a copy of the Debtor's Motion for Contempt and Exhibits in the above matter, postage prepaid to each of the parties listed below in said action, this 20th day of April, 2022

James M. Wyman Trustee
P O Box 997
Mt. Pleasant, SC  29465
Via electronic filing

Title Max of South Carolina Inc
15 Bull Street Ste 200
Savannah, GA  31401

/s/ Jenny Durham
Jenny Durham